**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| BRIAN M. BURTON<br>2885 VIRGINIA DR<br>MACON, GA  31206-4845 | Case Number: 10-50109-JDW<br><br>ATTORNEY:  JAMES W. DAVIS |

**AFFIDAVIT**

Now comes the Standing Chapter 13 Trustee and respectfully shows the Court the following:

1.

An agreement was reached by the trustee and the debtor requiring the debtor to make specific payments to the trustee's office to resolve the trustee's motion to dismiss this case.

2.

The Order entered by this Court on October 04, 2012 provides that if the debtor defaults in the payments stipulated in the Order, the trustee can file this affidavit, after providing notice and 15 days to cure the default to the debtor and the debtor's attorney.  The Order also provides that upon the debtor third default, advance notice to the debtor and debtor's attorney will not be required.

3.

The debtor has defaulted in payments required by the Order for a third time.

4.

This debtor is not in military service.

5.

This affidavit is made pursuant to the Order requesting an order of this Court dismissing the debtor's Chapter 13 case.

I declare under penalty of perjury that the foregoing is true and correct.

**DATED:** July 31, 2013

/s/ Camille Hope
_____
**Camille Hope, Trustee**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY**  a true and correct copy of the attached document was sent  (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, and  (3) mailed postage prepaid to all other interested parties at their addresses shown below.

| | |
|---|---|
| BRIAN M. BURTON<br>2885 VIRGINIA DR<br>MACON, GA  31206-4845 | JAMES W. DAVIS |

**DATED:** July 31, 2013

/s/ Camille Hope
_____
**Camille Hope, Trustee**
P.O. Box 954
**Macon, GA 31202**
(478) 742-8706