**OFFICE OF THE CHAPTER 13 TRUSTEE**
MIDDLE DISTRICT OF GEORGIA

| Correspondence: | 201 2ND ST STE 1000 | Payments: |
|---|---|---|
| CHAPTER 13 TRUSTEE | MACON GA  31201 | CHAPTER 13 TRUSTEE |
| P.O. BOX 954 | | MIDDLE DISTRICT OF GA |
| MACON GA  31202-0954 | TELEPHONE (478)742-8706 | PO BOX 102043 |
| | IN GA (800)522-0601 | ATLANTA GA  30368-2043 |
| | FAX (478)746-4488 | |

August 12, 2013

WILLIAM E. TANNER, CLERK
UNITED STATES BANKRUPTCY COURT
P.O. BOX 1957
MACON, GA 31202


RE:   CASE #   10-50109-JDW
      BRIAN M. BURTON


Dear Mr. Tanner:

Please note the new address for the above-referenced Debtor:

   720 TIDEWATER CIRCLE APT 28A
   MACON, GA  31211


                                        Sincerely,

                                         /s/ Camille Hope
                                        _____
                                         CAMILLE HOPE, TRUSTEE
                                         OFFICE OF THE CHAPTER 13 TRUSTEE

am