**SO ORDERED.**

**SIGNED this 15 day of August, 2013.**



_____
**James D. Walker, Jr.
United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br>BRIAN M. BURTON<br>2885 VIRGINIA DR<br>MACON, GA  31206-4845 | CHAPTER 13<br><br>CASE NO. 10-50109-JDW<br><br>ATTORNEY:  JAMES W. DAVIS |

### ORDER OF DISMISSAL

   The above matter having come before the Court on a trustee's motion to dismiss for default by the debtor under the plan; and

   It appearing to the Court that the parties have entered into an agreement to resolve the trustee's motion to dismiss, said agreement becoming an Order of this court; and

   It appearing to the Court that the debtor has failed to perform under the terms of the Order, and the trustee has submitted an affidavit requesting an Order of Dismissal; it is hereby

   **ORDERED** that the debtor's Chapter 13 case be and the same is dismissed; and it is further

   **ORDERED** that the Clerk of this Court take such action as is appropriate to close this case.

END OF DOCUMENT

Prepared by:
Camille Hope, Trustee
P.O. Box 954
Macon GA 31202
Telephone (478) 742-8706